IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN BEALL,

Plaintiff,

vs.

UNITED STATES AMERICA,

Defendant.

8:22CV217

MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On September 2, 2022, the Clerk of the Court sent an order to Plaintiff at his last known address, Filing No. 9, which was returned to this Court as undeliverable, Filing No. 10. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.	The Clerk of the Court is directed to send a copy of this Memorandum and Order to both Plaintiff's last known address listed in the Complaint, Filing No. 1, and to Plaintiff at his last address listed in Filing No. 84, Case No. 8:19CR64.

3.	The Clerk of the Court is further directed to set a pro se case management deadline in this case using the following text: **October 21, 2022**: check for address and check for response to show cause order.

Dated this 21st day of September, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court